**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**William Joseph CALIFANO, a.k.a.
Billy, Defendant–Appellant.**

No. 13–11543
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 21, 2013.

Susan Hollis Rothstein–Youakim, Kelley Clement Howard–Allen, Robert E. O'Neill, Josephine W. Thomas, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Joseph Robert Johnson, Law Offices of Joseph R. Johnson, PA, Ocoee, FL, for Defendant–Appellant.

William Joseph Califano, Coleman, FL, pro se.

Before WILSON, PRYOR and JORDAN, Circuit Judges.

PER CURIAM:

Joseph Johnson, counsel for William Joseph Califano, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion is **GRANTED,** and Califano's conviction and sentence are **AFFIRMED.**